UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PETER KLEIDMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>JUDGE ALISON MACKENZIE,<br><br>    Defendant. | No. 2:25-cv-03821-JLS (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative First Amended Complaint (Dkt. 14, "FAC") filed by Peter Kleidman ("Plaintiff"), the Motion to Dismiss (Dkt. 16, "Motion") filed by Defendant Judge Alison MacKenzie ("Defendant"), all papers supporting and opposing the Motion, the Report and Recommendation of the assigned magistrate judge (Dkt. 27, "Report"), and Plaintiff's Objection to the Report (Dkt. 28).

The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

/ / /

Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action without prejudice.

Dated: November 15, 2025

_____
HON. JOSEPHINE L. STATON
United States District Judge