JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PETER KLEIDMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>JUDGE ALISON MACKENZIE,<br><br>    Defendant. | No. 2:25-cv-03821-JLS (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: November 15, 2025

_____
HON. JOSEPHINE L. STATON
United States District Judge